JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOMINGUEZ,<br>　　　Plaintiff,<br><br>　　　　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant. | CASE NO. 5:23-cv-01902-SP<br><br>**JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 26, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE